## DISCIPLINARY CASES

**2008–0397.   Disciplinary Counsel v. Vogtsberger.**
It is ordered by this court, sua sponte, that Thomas H. Vogtsberger, Attorney Registration No. 0023305, last known business address in Rossford, Ohio, is found in contempt for failure to comply with this court's order of September 17, 2008, to wit: failure to file an affidavit of compliance on or before October 17, 2008.